PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>            Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br><br>**STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE TO ALLOW TRAVEL [ECF No. 15]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America,

by and through John Patrick Burns, Assistant United States Attorney and Defendant, Dustin M.

Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the

Order Setting Conditions of Release [ECF No. 15] be modified as follows:

      1.     Paragraph 20, which limits Defendant Lewis' travel to the Continental U.S., shall

be modified to allow Defendant to travel outside of the U.S. with travel

destinations in both Israel and Greece for a family vacation with a total duration

of no more than two weeks outside the U.S.A.  Defendant Lewis will provide his

U.S. Pretrial Services Supervising Officer with his travel documentation and

itinerary at least two weeks prior to his scheduled departure date.

      2.     Paragraphs 17 and 19, which required the surrender of Lewis' passport and

preclude him from obtaining a passport, shall be modified to require U.S. Pretrial

**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

Services to return Defendant Lewis' passport to him at least two business days prior to his documented scheduled departure. Defendant Lewis shall be required to return his passport to U.S. Pretrial Services within two business days of his documented date of return to the U.S.A

3. The Pre-trial Services Officer supervising Lewis has informed Counsel for Lewis that he has no objection to Lewis traveling outside the U.S.A. with travel destinations in Greece and Israel for a family vacation so long as Defendant Lewis provides his travel itinerary in advance and returns his passport within 2 business days of his return.

4. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED: April 4, 2019.

CHRISTIANSEN LAW OFFICES                UNITED STATES ATTORNEY


By___/s/ Peter S. Christiansen_____      By___/s/ Patrick Burns_____
    PETER S. CHRISTIANSEN                    PATRICK BURNS
    KENDELEE L. WORKS                        Assistant United States Attorney
    Counsel for Dustin M. Lewis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

DUSTIN M. LEWIS,

                Defendant.

Case No. 2:17-cr-00391-APG-VCF

**STIPULATION TO MODIFY ORDER
SETTING CONDITIONS OF RELEASE
[ECF No. 15]**

Pursuant to the Stipulation of the Parties and good cause appearing,

IT IS ORDERED that the Order Setting Conditions of Release [ECF No. 15] be modified as follows:

1.     Paragraph 20, which limits Defendant Lewis' travel to the Continental U.S., shall be modified to allow Defendant to travel outside of the U.S. with travel destinations in both Israel and Greece for a family vacation with a total duration of no more than two weeks outside the U.S.A. Defendant Lewis will provide his U.S. Pretrial Services Supervising Officer with his travel documentation and itinerary at least two weeks prior to his scheduled departure date.

2.     Paragraphs 17 and 19, which required the surrender of Lewis' passport and preclude him from obtaining a passport, shall be modified to require U.S. Pretrial Services to return Defendant Lewis' passport to him at least two business days prior to his documented scheduled departure. Defendant Lewis shall be required to return his passport to U.S. Pretrial Services within two business days of his documented date of return to the U.S.A

3.     The Pre-trial Services Officer supervising Lewis has informed Counsel for Lewis that he has no objection to Lewis traveling outside the U.S.A. with travel destinations in Greece and Israel for a family vacation so long as Defendant Lewis provides his travel itinerary in advance and returns his passport within 2

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

business days of his return.

4. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED AND DONE this ___5th___ day of ___April___, 2019.

_____

UNITED STATES MAGISTRATE JUDGE