# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUSTIN M. LEWIS,<br><br>    Defendant. | 2:17-CR-391-APG-VCF<br><br>**Preliminary Order of Forfeiture** |

This Court finds Dustin M. Lewis pled guilty to Counts One and Two of a Two-Count Superseding Criminal Information charging him in Count One with honest services fraud conspiracy in violation of 18 U.S.C. §§ 1343, 1346, and 1349. Superseding Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Dustin M. Lewis agreed to the imposition of the in personam criminal forfeiture money judgment of $704,002 set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information. Superseding Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or 18 U.S.C. § 1349, conspiracy to commit such offense, and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c).

This Court finds that Dustin M. Lewis shall pay an in personam criminal forfeiture money judgment of $704,002 to the United States of America, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between

the codefendants is not to exceed $875,000 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Dustin M. Lewis an in personam criminal forfeiture money judgment of $704,002.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

Dated: January 10, 2020.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE