CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>    Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br>**ORDER**<br><br>**STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE [ECF No. 15]** |

Pursuant to the Stipulation of the Parties and good cause appearing,

IT IS ORDERED that the Order Setting Conditions of Release [ECF No. 15] be modified as follows:

1. Paragraph 20, which limits Defendant Lewis' travel to the Continental U.S., shall be modified to allow Defendant to travel outside of the U.S. for up to three weeks during March 2020, with Europe as his travel destination.

2. Defendant Lewis will provide his U.S. Pretrial Services Supervising Officer with his travel documentation and itinerary at least two weeks prior to his scheduled departure date.

3. Paragraphs 17 and 19, which required the surrender of Lewis' passport and preclude him from obtaining a passport, shall be modified to require U.S. Pretrial Services to return Defendant Lewis' passport to him at least two business days prior to his documented scheduled departure.  Defendant Lewis shall be required to return his passport to U.S. Pretrial Services within two business days of his documented date of return to the U.S.A

6. Counsel for Lewis in informed that the Pre-trial Services Officer supervising Lewis has no objection to Lewis traveling outside the U.S.A. with Europe as his travel destination so long as Defendant Lewis provides his travel itinerary in advance and returns his passport within 2 business days of his return.

4. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

Dated: January 13, 2020.

_____
UNITED STATES DISTRICT JUDGE