PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br>**ORDER**<br><br>**STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE TO ALLOW CONTACT [ECF No. 15]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through John Patrick Burns, Assistant United States Attorney and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the Order Setting Conditions of Release [ECF No. 15] be modified as follows:

1. Paragraphs 31 and 74, which preclude Defendant Lewis from having any contact with various individuals shall be modified to allow Defendant Lewis to have contact with Roger Hovendick and Cedric Tillman with the caveat that Mr. Lewis is precluded from discussing any of his pending cases and any of Lance Bradford's pending cases with the Mr. Hovendick and Mr. Tillman.

2. The Parties further agree that because Mr. Lewis has already entered a guilty plea in the instant case, the restrictions at issue may be modified as stated herein while still meeting the ends of justice.

3. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED: February 19, 2020.

| CHRISTIANSEN LAW OFFICES | UNITED STATES ATTORNEY |
|---|---|
| By /s/ Peter S. Christiansen<br>   PETER S. CHRISTIANSEN<br>   KENDELEE L. WORKS<br>   Counsel for Dustin M. Lewis | By /s/ Patrick Burns<br>   PATRICK BURNS<br>   Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DUSTIN M. LEWIS,

    Defendant.

Case No. 2:17-cr-00391-APG-VCF

**ORDER RE STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE TO ALLOW CONTACT [ECF No. 15]**

Pursuant to the Stipulation of the Parties and good cause appearing,

IT IS ORDERED that the Order Setting Conditions of Release [ECF No. 15] be modified as follows:

1. Paragraphs 31 and 74, which preclude Defendant Lewis from having any contact with various individuals shall be modified to allow Defendant Lewis to have contact with Roger Hovendick and Cedric Tillman with the caveat that Mr. Lewis is precluded from discussing any of his pending cases and any of Lance Bradford's pending cases with the Mr. Hovendick and Mr. Tillman.

2. The Parties further agree that because Mr. Lewis has already entered a guilty plea in the instant case, the restrictions at issue may be modified as stated herein while still meeting the ends of justice.

3. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

Dated: February 20, 2020.

_____
UNITED STATES DISTRICT JUDGE