NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-391-APG-VCF |
| Plaintiff, | **Unopposed Motion for Court Clerk to accept Pre-Sentence Payment towards Restitution, to disburse the restitution amount after Lewis is sentenced, and Order** |
| v. | |
| DUSTIN LEWIS, | |
| Defendant. | **ORDER** |

The United States of America moves this Court, pursuant to 28 U.S.C. §§ 2041-2042, to order the United States District Court Clerk of Nevada (Court Clerk) (1) to accept the pre-sentence deposit of funds for Dustin Lewis's partial future payment of restitution, which he owes $704,002 to Southern California Public Power Authority (SCPPA), from the sale of the real property at 1035 Aviator Court, Henderson, Nevada 89002 (property) and (2) to disburse the partial payment of restitution to SCPPA after Lewis's sentencing.

Lewis pled guilty to Count One, Honest Services Fraud Conspiracy in violation of 18 U.S.C. §§ 1343, 1346, and 1349 and Count Two, Conspiracy to Defraud the United States in violation of 18 U.S.C. § 371. ECF No. 72.

Pursuant to the Plea Agreement, Lewis agreed to release the property's net sale proceeds to his victims, the restitution amounts are due, owing, and immediately payable. ECF No. 72. For SCPPA, as required by law and court order, Lewis and his counsel

agreed the partial restitution payment would be deposited with the court registry to be applied towards the restitution of $704,002 to SCPPA in this case. ECF No. 101, in Case No. 2:17-cr-00244-APG-NJK.

Lewis's sentence hearing is currently scheduled for April 30, 2020, at 2:00 pm.

The escrow property sale is supposed to close on April 1, 2020, and the net sale proceeds will be disbursed soon thereafter.

The Court Clerk informed the government that if this Court does not issue an order under 28 U.S.C. § 2041 directing the Court Clerk to accept this pre-sentence partial restitution payment, the Court Clerk cannot accept it prior to Lewis's sentencing.

The Court Clerk also informed the government that if this Court does not issue an order under 28 U.S.C. § 2042 directing the Court Clerk to disburse the deposited funds after the Court enters the criminal judgment in this case, the Court Clerk cannot disburse the deposited funds to the victim, SCPPA.

This order does not excuse Lewis from paying the penalty assessment, restitution, and other financial obligations in the sequence required by 18 U.S.C. § 3612(c).

The escrow company should submit payment by cash, cashier's check, or money order made payable to "Clerk, U.S. District Court" with "2:17-CR-391-APG-VCF" noted on each payment mailed or delivered to:

> Clerk of the Court, District of Nevada
> 333 Las Vegas Boulevard South
> Room 1334
> Las Vegas, Nevada 89101

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

For the foregoing reasons, this Court should order the Court Clerk (1) to accept the pre-sentence deposit of funds of Lewis's partial future payment of restitution and (2) to pay the restitution to SCPPA after Lewis's sentencing.

DATED March 31, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: _____

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on March 31, 2020.

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney