PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br>**STIPULATION TO CONTINUE DUSTIN LEWIS' SENTENCING DATE (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Patrick Burns, Assistant United States Attorney and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the Sentencing Date for Mr. Lewis, which is currently scheduled for April 30, 2020, be continued to a date and time convenient for this Court after July 30, 2020.

This is the First request for a continuance of Mr. Lewis' sentencing date and is entered into for the following reasons:

1. Because of the COVID-19 pandemic and consistent with federal directives, Nevada's Governor Steve Sisolak has issued a stay at home order for the entire State of Nevada, to continue through April 30, 2020, which is the date presently set for Mr. Lewis sentencing.

2. Because of uncertainties with respect to whether the aforementioned stay at home order will be extended beyond April 30, 2020, and in order to allow Mr. Lewis to arrange for

family members and other close friends to be present at the time of his sentencing, the Parties have jointly agreed to request that Mr. Lewis sentencing be continued for at least 90 days.

3. Mr. Lewis is out of custody and does not object to this continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. For the above-stated reason, the ends of justice would best be served by a continuance of the Sentencing date.

DATED: April 2, 2020.

| CHRISTIANSEN LAW OFFICES | UNITED STATES ATTORNEY |
|---|---|
| By /s/ Peter S. Christiansen<br>PETER S. CHRISTIANSEN<br>KENDELEE L. WORKS<br>Counsel for Dustin M. Lewis | By /s/ Patrick Burns<br>PATRICK BURNS<br>Assistant United States Attorney |

**IT IS SO ORDERED**

The Sentencing hearing currently set for April 30, 2020 is VACATED and CONTINUED **to August 18, 2020 at 2:00 p.m.** in Courtroom 6C.

DATED this 3rd day of April, 2019.

_____
UNITED STATES JUDGE