NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No 13644
District of Nevada
STEVEN W. MYHRE
Nevada Bar No. 9635
Assistant United States Attorney
PATRICK BURNS
Nevada Bar No. 11779
Trial Attorney
U.S. Department of Justice, Tax Division
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Steven.Myhre@usdoj.gov
J. Patrick Burns@usdoj.gov

Attorneys for Plaintiff, United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>DUSTIN M. LEWIS,<br><br>                    Defendant. | Case No.: 2:17-CR-00391-APG-VCF<br><br>**Stipulation To Vacate And Continue Sentencing Hearing And Order**<br><br>**(Second Request)** |

**Certification: This Pleading is Timely Filed**

The undersigned parties respectfully submit the following Stipulation and Proposed Order for the Court's consideration.

1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the Rule 32 sentencing hearing presently set for **August 18, 2020** be **vacated and continued** for **no less than 90 days** from the date of this stipulation, to a date and time convenient for the Court.

The parties further stipulate that the requested continuance is warranted for the following reasons:

1. On April 2, 2020, the Court set this matter for a Rule 32 sentencing hearing at 2:00 p.m., on **August 18, 2020**. ECF No. 86.

2. On March 30, 2020, the Chief Judge for the District of Nevada entered Temporary General Order 2020-05, regarding Authorization for Video and Teleconferencing Under the CARES Act And The Exigent Circumstances Created By COVID-19 And Related Coronavirus (hereinafter "General Order"). On June 25, 2020, the General Order was extended through September 28, 2020.

3. The General Order addresses the material effect upon the functioning of the Court brought on by the current state of emergency arising from the COVID-19 and Coronavirus pandemic, finding, among other things, that for the duration of the General Order, in-person Rule 32 felony sentencing hearings cannot be conducted in the District of Nevada without seriously jeopardizing public health and safety. The General Order further provides that Rule 32 sentencing hearings may, with the consent of the defendant (upon advice of counsel), proceed by video or teleconference in individual cases, provided that the presiding Court specifically finds that to delay the matter further will cause serious harm to the interests of justice. *See also* CARES Act, H.R. 748, Public Law No. 116-136.

4. The defendant desires an in-person Rule 32 sentencing hearing and the parties agree that further delay to accommodate an in-person hearing will not cause serious harm to the interests of justice. Accordingly, a continuance of the Rule 32 sentencing hearing for a period of at least 90 days from June 23, 2020 – which is outside the duration of the General Order – is appropriate.

5. Defendant is not in custody and agrees to the proposed continuance.

6. This is the second request for continuance of the Rule 32 sentencing hearing.

**WHEREFORE**, the parties respectfully request that the Court accept this Stipulation and enter an Order vacating the current setting of **August 18, 2020**, for the Rule 32 sentencing hearing, and continuing the hearing to a date and time convenient to the Court but **not less than 90 days** from August 6, 2020. The parties attach a Proposed Order for the Court's consideration.

**DATED** this 6th day of August, 2020.

Respectfully submitted,
NICHOLAS A. TRUTANICH
United States Attorney

/s/ Steven W. Myhre
STEVEN W. MYHRE
Assistant United States Attorney
PATRICK BURNS
Trial Attorney
U.S. Department of Justice, Tax Division

/s/ Kendelee L. Works
PETER S. CHRISTIANSEN
KENDELEE L. WORKS
Counsel for Defendant Dustin M. Lewis

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:17-CR-00391-APG-VCF |
| v. | |
| DUSTIN M. LEWIS, | ORDER |
| Defendant. | |

  This matter coming on the parties' Stipulation to Continue Rule 32 Sentencing Hearing, the Court having considered the premises therein, and good cause showing, the Court accepts the Stipulation of the parties and finds as follows:

  1. The parties agree to the continuance requested in the Stipulation;

  2. Defendant is not in custody and does not object to the continuance;

  3. The Court adopts and incorporates herein in full, District of Nevada, Temporary General Order 2020-05 of March 30, 2020 (extended on June 25, 2020), regarding Authorization for Video and Teleconferencing Under the CARES Act And The Exigent Circumstances Created By COVID-19 And Related Coronavirus (hereinafter "General Order"), including the finding that in light of the current state of emergency brought on by the COV-19 pandemic, and during the time the General Order is in effect, the Court cannot conduct an in-person Rule 32

sentencing hearing without serious risk to the health and safety of the public and the parties involved in this matter;

4. The defendant desires an in-person Rule 32 sentencing hearing and no facts have been presented to the Court to show that further delay of the hearing will seriously harm the interests of justice in this case;

5. The General Order is in effect until September 28, 2020. Accordingly, pursuant to the Stipulation, the Court will continue and set the date for Rule 32 sentencing hearing for **no less than 90 days** from August 5, 2020.

**IT IS THEREFORE ORDERED:**

1. The Rule 32 sentencing hearing set for **2:00 p.m., August 18, 2020**, is **VACATED** and **CONTINUED**;

2. The Rule 32 sentencing hearing in this matter will commence on October 28, 2020 at 9:30 in Courtroom 6C.

**IT IS SO ORDERED** this 7th day of August, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

5