PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br>**STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE TO ALLOW RENEWAL OF PASSPORT [ECF No. 15]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Steven W. Myhre, Assistant United States Attorney and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the Order Setting Conditions of Release [ECF No. 15] be modified as follows:

1. Paragraph 17, which requires Defendant Lewis to surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer and Paragraph 19 which prohibits Defendant Lewis from obtaining a passport or passport card, shall be modified to allow Defendant Lewis to submit his passport to the U.S. Department of State for renewal of same. Once said renewed passport has been issued and received by Defendant Lewis it shall be surrendered to U.S. Pretrial Services or the supervising officer within two business days.

2. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED: September 9, 2020.

| CHRISTIANSEN LAW OFFICES | UNITED STATES ATTORNEY |
|---|---|
| By /s/ Peter S. Christiansen<br>  PETER S. CHRISTIANSEN<br>  KENDELEE L. WORKS<br>  Counsel for Dustin M. Lewis | By /s/ Steven W. Myhre<br>  STEVEN W. MYHRE<br>  Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>　　　　　　Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br>**STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE TO ALLOW RENEWAL OF PASSPORT [ECF No. 15]** |

　　　Pursuant to the Stipulation of the Parties and good cause appearing,

　　　IT IS ORDERED that the Order Setting Conditions of Release [ECF No. 15] be modified as follows:

　　　1.　Paragraph 17, which requires Defendant Lewis to surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer and Paragraph 19 which prohibits Defendant Lewis from obtaining a passport or passport card, shall be modified to allow Defendant Lewis to submit his passport to the U.S. Department of State for renewal of same. Once said renewed passport has been issued and received by Defendant Lewis it shall be surrendered to U.S. Pretrial Services or the supervising officer within two business days.

　　　2.　All other provisions of the Order Setting Conditions of Release shall remain unchanged.

　　　DATED AND DONE this  10th  day of September, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992