# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>DUSTIN M. LEWIS,<br><br>　　　Defendant | Case No.: 2:17-cr-00391-APG-VCF<br><br>**Order Denying Stipulation to Continue Sentencing Hearing**<br><br>[ECF No. 97] |

　　　The parties submitted a third stipulation to continue the sentencing hearing for defendant Dustin Lewis. ECF No. 97. The stipulation is based solely on Mr. Lewis's desire for an in-person sentencing hearing. This judicial district has resumed in-person sentencing hearings for out-of-custody defendants. Mr. Lewis is out of custody and his sentencing hearing will be conducted in-person. There is no impediment to him appearing in person in court. Therefore, there is no valid basis for the stipulation and no stated need to continue the sentencing hearing.

　　　I THEREFORE ORDER that the stipulation to continue the sentencing hearing **(ECF No. 97) is DENIED.**

　　　DATED this 22nd day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE