PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>  Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br>**(FOURTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Steven Myhre, Assistant United States Attorney and Patrick Burns, Trial Attorney, Department of Justice, Tax Division, and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the Sentencing Date for Mr. Lewis, which is currently scheduled for October 28, 2020, be continued to a date and time convenient for this Court but no sooner than August 2, 2021.

This is the fourth stipulated request for a continuance of Mr. Lewis's sentencing date and is entered into for the following reasons:

1. Because of the COVID-19 pandemic and consistent with federal directives, Mr. Lewis' sentencing was previously continued in order to allow Mr. Lewis an in-person sentencing hearing with family and other supporters in attendance.

2. In addition to ongoing uncertainties and health concerns due to the COVID-19 pandemic, the parties require at least until August 2, 2021 to determine their positions at sentencing and to adequately prepare for sentencing. In particular, the parties continue to engage in negotiations regarding this and other matters, including issues related to restitution, which both parties believe will have a significant impact on this Court's rendition of sentence. A continuance of this length should enable the parties to avoid asking for additional continuances of the sentencing hearing.

3. Mr. Lewis is out of custody and does not object to this continuance.

4. The Government likewise agrees to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. For the above-stated reason, the ends of justice would best be served by a continuance of the Sentencing date.

DATED: October 23, 2020.

| CHRISTIANSEN LAW OFFICES | UNITED STATES ATTORNEY |
|---|---|
| By /s/ Peter S. Christiansen<br>PETER S. CHRISTIANSEN<br>KENDELEE L. WORKS<br>Counsel for Dustin M. Lewis | By /s/ Steven Myhre<br>STEVEN MYHRE<br>Assistant United States Attorney<br>PATRICK BURNS<br>Trial Attorney<br>Department of Justice, Tax Division |

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DUSTIN M. LEWIS,<br><br>　　　　Defendant. | No. 2:17-CR-00391-APG-VCF<br><br>**ORDER** |

　　　This matter coming on the parties' Stipulation and Order to Continue Sentencing, the Court having considered the premises therein, and good cause showing, the Court accepts the Stipulation of the parties and finds as follows:

　　　1.　　The parties agree to the continuance requested in the Stipulation;

　　　2.　　The parties state they require at least until August 2, 2021 in order to determine their positions at sentencing and to adequately prepare for sentencing. The defense requires this additional time in order to effectively represent Mr. Lewis at sentencing. The parties further state that a continuance of this length should enable them to avoid requesting additional continuances of the sentencing hearing.

　　　3.　　Defendant Lewis is out of custody and does not object to the continuance;

　　　Accordingly, pursuant to the Stipulation, the Court will continue and set the date for Rule 32 sentencing hearing **no sooner than August 2, 2021**.

/ / /

/ / /

3

**IT IS THEREFORE ORDERED:**

1. The Rule 32 sentencing hearing set for **9:30 a.m., October 28, 2020**, is **VACATED** and **CONTINUED**;

2. The Rule 32 sentencing hearing in this matter will commence on **August 17, 2021 at 9:30 a.m.** in Las Vegas Courtroom 6C.

**IT IS SO ORDERED** this 23rd day of October, 2020:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992