PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>                        Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br>**STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE TO ALLOW RELEASE FROM SUPERVISION[ECF No. 15]** |

        IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Steven W. Myhre, Assistant United States Attorney and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, with the agreement of Lewis' Supervising U.S. Pretrial Services Officer Jessie Moorehead, the Order Setting Conditions of Release [ECF No. 15] be modified as follows:

        1.      Paragraph 7, which requires Defendant Lewis to report to the U.S. Pretrial Services Office should be removed in its entirety.

        2.      Given the removal of paragraph 7's reporting requirement, paragraph 61 requiring Defendant Lewis to disclose financial information to Pretrial Services should also be removed.

        3.      Further, in light of the foregoing and because Defendant Lewis has already paid

a substantial portion of the restitution owed in this case, paragraph 57 should also be removed, thereby allowing Defendant Lewis to obtain new bank accounts and/or lines of credit.

4.   Paragraph 17 should be removed such that Defendant may maintain his own passport and be required only to disclose international travel to the government's counsel in advance of departure.

5.   All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED: March 10, 2021

CHRISTIANSEN LAW OFFICES                    UNITED STATES ATTORNEY


By___/s/ Peter S. Christiansen               By___/s/ Steven W. Myhre___
   PETER S. CHRISTIANSEN                         STEVEN W. MYHRE
   KENDELEE L. WORKS                             Assistant United States Attorney
   Counsel for Dustin M. Lewis

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:17-cr-00391-APG-VCF |
| vs. | |
| DUSTIN M. LEWIS, | **STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE TO ALLOW RENEWAL OF PASSPORT [ECF No. 15]** |
| Defendant. | |

Pursuant to the Stipulation of the Parties and good cause appearing,

IT IS ORDERED that the Order Setting Conditions of Release [ECF No. 15] be modified as follows:

1.    Paragraph 7, which requires Defendant Lewis to report to the U.S. Pretrial Services Office is removed in its entirety.

2.    Given the removal of paragraph 7's reporting requirement, paragraph 61 requiring Defendant Lewis to disclose financial information to Pretrial Services is also removed.

3.    Further, in light of the foregoing and because Defendant Lewis has already paid a substantial portion of the restitution owed in this case, paragraph 57 is removed, thereby allowing Defendant Lewis to obtain new bank accounts and/or lines of credit.

4.    Paragraph 17 is removed such that Defendant may maintain his own passport and is required only to disclose international travel to the government's counsel in advance of departure.

5.    All other provisions of the Order Setting Conditions of Release shall remain unchanged.

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

6.      All other provisions of the Order Setting Conditions of Release shall remain

unchanged.

DATED AND DONE this  11th  day of  March  , 2021.


_____

UNITED STATES DISTRICT JUDGE

**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992