PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING (EIGHTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Steven Myhre, Assistant United States Attorney and Patrick Burns, Trial Attorney, Department of Justice, Tax Division, and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the Sentencing Date for Mr. Lewis, which is currently scheduled for December 15, 2022, be continued to a date and time convenient for this Court but no sooner than June 16, 2023.

This is the eighth stipulated request for a continuance of Mr. Lewis's sentencing date and is entered into for the following reasons:

1. Because of the COVID-19 pandemic and consistent with federal directives, Mr. Lewis' sentencing was previously continued in order to allow Mr. Lewis an in-person sentencing hearing with family and other supporters in attendance.

2. In part due to the backlog of cases and delays in other matters resulting from the COVID-19 pandemic, the parties require at least until June 16, 2023, to determine their positions at sentencing and to adequately prepare for sentencing. In particular, the parties are in the process of coordinating with the United States Attorney's Office regarding the disposition of property related to the restitution and forfeiture in the case, which both parties believe will have a significant impact on this Court's rendition of sentence.

3. Mr. Lewis is out of custody and does not object to this continuance.

4. The Government likewise agrees to the continuance.

5. The additional time requested herein is sought in good faith and not for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. For the above-stated reason, the ends of justice would best be served by a continuance of the Sentencing date.

DATED: December 8, 2022.

| CHRISTIANSEN TRIAL LAWYERS | UNITED STATES ATTORNEY |
|---|---|
| By  /s/ Peter S. Christiansen  <br>   PETER S. CHRISTIANSEN  <br>   KENDELEE L. WORKS  <br>   Counsel for Dustin M. Lewis | By  /s/ Patrick Burns  <br>   STEVEN MYHRE  <br>   Assistant United States Attorney  <br>   PATRICK BURNS  <br>   Trial Attorney  <br>   Department of Justice, Tax Division |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:17-CR-00391-APG-VCF |
| v. | |
| | **ORDER** |
| DUSTIN M. LEWIS, | |
| Defendant. | |

This matter coming on the parties' Stipulation and Order to Continue Sentencing, the Court having considered the premises therein, and good cause showing, the Court accepts the Stipulation of the parties and finds as follows:

1. The parties agree to the continuance requested in the Stipulation;

2. The parties state they require at least until June 16, 2023, in order to determine their positions at sentencing and to adequately prepare for sentencing. The defense requires this additional time in order to effectively represent Mr. Lewis at sentencing.

3. Defendant Lewis is out of custody and does not object to the continuance;

Accordingly, pursuant to the Stipulation, the Court will continue and set the date for Rule 32 sentencing hearing **no sooner than June 16, 2023**.

///

///

**IT IS THEREFORE ORDERED:**

1. The Rule 32 sentencing hearing set for **December 15, 2022**, is **VACATED** and **CONTINUED**;

2. The Rule 32 sentencing hearing in this matter will commence on **July 18, 2023 at 1:30 p.m.** in a Courtroom 6C.

**IT IS SO ORDERED** this 15th day of December, 2022:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE