PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>　　　　　　Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING (TENTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Steven Myhre, Assistant United States Attorney and Patrick Burns, Trial Attorney, Department of Justice, Tax Division, and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the Sentencing Date for Mr. Lewis, which is currently scheduled for November 28, 2023, be continued to a date and time convenient for this Court but no sooner than December 11, 2023.

This is the tenth stipulated request for a continuance of Mr. Lewis's sentencing date and is entered into for the following reasons:

1. Because of the COVID-19 pandemic and consistent with federal directives, Mr. Lewis' sentencing was previously continued multiple times in order to allow Mr. Lewis an in-person sentencing hearing with family and other supporters in attendance and for other reasons.

1       2.   Counsel for Mr. Lewis have a multi-day mediation involving numerous parties,

2   counsel and neutrals from multiple jurisdictions scheduled for November 28, 2023, the day of

3   Mr. Lewis's sentencing hearing. Due to the difficulties finding a date that works for all involved,

4   Mr. Lewis's counsel would greatly appreciate the Court's courtesy in extending the requested

5   continuance.

6       3.   Mr. Lewis is out of custody and does not object to this continuance.

7       4.   The Government likewise agrees to the continuance.

8       5.   The additional time requested herein is sought in good faith and not for purposes of

9   delay.

10      6.   Additionally, denial of this request for continuance could result in a miscarriage of

11  justice.

12      7.   For the above-stated reason, the ends of justice would best be served by a

13  continuance of the Sentencing date.

14  DATED: November 5, 2023.

15  CHRISTIANSEN TRIAL LAWYERS         UNITED STATES ATTORNEY

16

17  By  /s/ *Peter S. Christiansen*         By   /s/ *Patrick Burns*

18      PETER S. CHRISTIANSEN           STEVEN MYHRE
        KENDELEE L. WORKS              Assistant United States Attorney

19      Counsel for Dustin M. Lewis        PATRICK BURNS
                                     Trial Attorney

20                                   Department of Justice, Tax Division

21

22

23

24

25

26

27

28




**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

1
2
3

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:17-CR-00391-APG-VCF |
| v. | |
| | **ORDER** |
| DUSTIN M. LEWIS, | |
| Defendant. | |

4
5
6
7
8
9
10
11



This matter coming on the parties' Stipulation and Order to Continue Sentencing, the Court having considered the premises therein, and good cause showing, the Court accepts the Stipulation of the parties and finds as follows:

1.      The parties agree to the continuance requested in the Stipulation;

2.      The parties state they require at least until December 11, 2023 due to scheduling conflicts; and

3.      Defendant Lewis is out of custody and does not object to the continuance;

Accordingly, pursuant to the Stipulation, the Court will continue and set the date for Rule 32 sentencing hearing **no sooner than December 11, 2023**.

**IT IS THEREFORE ORDERED:**

1.      The Rule 32 sentencing hearing set for **November 28, 2023**, is **VACATED and CONTINUED;**

/ / /

/ / /

2.      The Rule 32 sentencing hearing in this matter will commence on

**December 20, 2023 at 9:30 a.m.** in  LV Courtroom 6C.

**IT IS SO ORDERED** this 7th day of November, 2023:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

4