# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>DUSTIN M. LEWIS,<br><br>    Defendant | Case No.: 2:17-cr-00391-APG-VCF-2<br><br>**Order Denying Motion to Bifurcate Sentencing Hearing**<br><br>[ECF No. 164] |

    Dustin Lewis moves to bifurcate his sentencing hearing so the issues of forfeiture and restitution can be addressed later. ECF No. 164.  Lewis is concerned about receiving proper credit for properties seized and payments made towards restitution and forfeiture.  Those can be addressed at the sentencing hearing.  If, during the sentencing hearing, I decide additional evidence or information is needed, I may continue those portions of the hearing.  For now, all issues will be addressed at the December 20, 2023 sentencing hearing.

    I THEREFORE ORDER that the motion to bifurcate the sentencing hearing **(ECF No. 164) is denied without prejudice.**

    DATED this 14th day of December, 2023.

                                                                      ANDREW P. GORDON<br>                                                                     UNITED STATES DISTRICT JUDGE