# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-391-APG-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DUSTIN M. LEWIS, | |
| Defendant. | |

This Court found that Dustin M. Lewis shall pay the in personam criminal forfeiture money judgment of $704,002 under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). Preliminary Order of Forfeiture, ECF No. 66; Superseding Criminal Information, ECF No. 70; Plea Agreement, ECF No. 72; Arraignment & Plea, ECF No. 73.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $704,002 complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Dustin M. Lewis the in personam criminal forfeiture money judgment of $704,002, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $875,000

to ensure the government does not collect more than the forfeitable amount under the forfeiture statutes, Ninth Circuit cases, Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED December 20, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE