PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
WHITNEY J. BARRETT, ESQ.
Nevada Bar No. 13662
wbarrett@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS,<br><br>　　　　　　Defendant. | Case No. 2:17-cr-00391-APG-VCF<br><br>**STIPULATION TO MODIFY CONDITIONS OF PROBATION** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Steven Myhre, Assistant United States Attorney, and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Whitney J, Barrett, and there being no objection from U.S. Probation Officer Kamuela Kapanui, that the conditions of Mr. Lewis' probation [ECF No. 179] be modified as follows:

　　　　1.　　Defendant Dustin M. Lewis be released from participation in an outpatient substance abuse treatment program;

　　　　2.　　Defendant Dustin M. Lewis be permitted unrestricted travel in the continental United States with notice to his U.S. Probation Officer three (3) days prior to the scheduled travel date;

/ / /

/ / /

3. All other provisions of probation shall remain unchanged.

DATED: June 2, 2025.

| CHRISTIANSEN TRIAL LAWYERS | UNITED STATES ATTORNEY |
|---|---|
| By /s/ Peter S. Christiansen<br>  PETER S. CHRISTIANSEN<br>  WHITNEY J. BARRETT<br>  Counsel for Dustin M. Lewis | By /s/ Steven W. Myhre<br>  STEVEN W. MYHRE<br>  Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br> v.<br><br>DUSTIN M. LEWIS,<br><br>　　　　　Defendant. | No. 2:17-CR-00391-APG-VCF<br><br>**ORDER** |

Pursuant to the Stipulation of the Parties and good cause appearing,

IT IS ORDERED that the conditions of Mr. Lewis' probation be modified as follows:

1.　　Defendant Dustin M. Lewis is released from participation in an outpatient substance abuse treatment program;

2.　　Defendant Dustin M. Lewis is permitted unrestricted travel in the continental United States with notice to his U.S. Probation Officer three (3) days prior to the scheduled travel date;

3.　　All other provisions of probation shall remain unchanged.

**IT IS SO ORDERED** this 3rd day of June, 2025:

_____
UNITED STATES DISTRICT JUDGE